Matter of Attorneys in Violation of Judiciary Law § 468-a (Beckett) (2025 NY Slip Op 04606)





Matter of Attorneys in Violation of Judiciary Law § 468-a (Beckett)


2025 NY Slip Op 04606


Decided on August 7, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:August 7, 2025

PM-175-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner, Suzann Leigh Beckett, Respondent. (Attorney Registration No. 2208684.)

Calendar Date:June 23, 2025

Before:Garry, P.J., Pritzker, Ceresia, McShan and Powers, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
David A. Lewis Law PLLC, New York City (David A. Lewis of counsel), for respondent.



Motion by respondent for an order reinstating her to the practice of law following her suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1024 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to April 8, 2025; her supplemental correspondence with enclosures of May 6, 2025 and May 19, 2025; her affidavit with exhibit of June 18, 2025; and the May 14, 2025 responsive correspondence from petitioner, and having determined, by clear and convincing evidence, that (1) respondent has satisfied the requirements of Rules of the Appellate Division, Third Department (22 NYCRR) § 806.16 (c) (5), (2) respondent has complied with the order of suspension and the rules of this Court, (3) respondent has the requisite character and fitness to practice law, and (4) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.
Garry, P.J., Pritzker, Ceresia, McShan and Powers, JJ., concur.









